# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 29, 2009

Mr. David Field Oliver
BERKOWITZ & OLIVER
2600 Grand Boulevard
Suite 1200
Kansas City, MO  64108

Mr. Christopher R. J. Pace
WEIL & GOTSHAL
1395 Brickell Avenue
Suite 1200
Miami, FL  33131

     RE:  09-3967  Hallmark Cards v. Monitor Clipper Partners, et al

Dear Counsel:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                              Michael E. Gans
                                              Clerk of Court

JMH

Enclosures

cc:    Mr. John C. Aisenbrey
        Mr. Daniel E. Blegen
        Mr. Charles W. German
        Ms. Ann Thompson

    District Court Case Number:   4:08-cv-00840-ODS

**Caption For Case Number:   09-3967**

**Hallmark Cards, Incorporated,**

    **Plaintiff - Appellee**

**v.**

**Monitor Clipper Partners, LLC; Monitor Clipper Equity Partners, II, LP,**

    **Defendants - Appellants**

**Monitor Company Group Limited Partnership; Mark Pocharski; Robert Lurie,**

    **Defendants**

**Adam Doctoroff,**

    **Defendant - Appellant**

**Steven Levin; Annica Blake; Robert Samuelson,**

    **Defendants**

**Addresses For Case Participants:   09-3967**

Mr. David Field Oliver
BERKOWITZ & OLIVER
2600 Grand Boulevard
Suite 1200
Kansas City, MO  64108

Mr. Christopher R. J. Pace
WEIL & GOTSHAL
1395 Brickell Avenue
Suite 1200
Miami, FL  33131

Mr. John C. Aisenbrey
STINSON & MORRISON
1201 Walnut Street
Suite 2900
Kansas City, MO  64106-2150

Mr. Daniel E. Blegen
Mr. Charles W. German
ROUSE & HENDRICKS
1010 Walnut
400 One Petticoat Lane Building
Kansas City, MO  64106

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
400 E. Ninth Street
Room 1510
Kansas City, MO  64106