**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | |
|---|---|
| HALLMARK CARDS, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )      Case No. 4:08-CV-00840-ODS ) |
| MONITOR CLIPPER PARTNERS, LLC, et al., | ) ) ) |
| Defendants. | ) |

## MOTION FOR INDICATIVE RULING

Hallmark Cards, Inc. and the Monitor Parties[1] have settled their arbitrations. Accordingly, the current modified stay order in place, which stays all proceedings in this case except "for the limited purpose of permitting [Hallmark] to seek discovery … from the Clipper Defendants" in aid of its arbitrations, should not be continued. Because the modified stay order is on appeal, Defendants Monitor Clipper Partners, LLC, Monitor Clipper Equity Partners II, LP and Adam Doctoroff (the "Clipper Defendants") hereby move the Court for an "indicative ruling" pursuant to Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1. For the reasons set forth in the Clipper Defendants' Suggestions in Support of Motion for Indicative Ruling, which is filed concurrently herewith, the Clipper Defendants respectfully request that the Court enter an "indicative ruling" that it will dissolve the stay in its entirety upon remand of the

---

[1]    Monitor Parties refers to Monitor Company Group Limited Partnership ("Monitor"), Robert Samuelson, Robert Lurie, Mark Pocharski, Steven Levin, and Annica Blake.

current appeal from the Eighth Circuit Court of Appeals so that the parties may litigate the merits of this case.

Dated:  April 13, 2010              Respectfully submitted,

/s/ Christopher Pace
Christopher R.J. Pace
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave.
Suite 1200
Miami, Florida 33131
(305) 577-3100

## CERTIFICATE OF SERVICE

      I hereby certify that on April 13, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Missouri by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

Charles W. German
Daniel E. Blegen
ROUSE HENDRICKS GERMAN MAY PC
1010 Walnut Street, Suite 400
Kansas City, MO 64106

John C. Aisenbrey
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106
**Attorneys for Plaintiff Hallmark Cards Incorporated**

   /s/ Christopher Pace
Christopher R.J. Pace
christopher.pace@weil.com
WEIL GOTSHAL & MANGES LLP
1395 Brickell Ave, Suite 1200
Miami, FL 33131
(305) 577-3100
**Attorneys for Defendants Monitor Clipper Partners LLC, Monitor Clipper Equity Partners II, LP and Adam Doctoroff**

3