IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HALLMARK CARDS, INCORPORATED, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MONITOR CLIPPER PARTNERS, LLC, ) <br> et al., ) <br> Defendant. ) <br> ) <br> ) <br> ) | JUDGMENT IN A CIVIL CASE <br><br> Case No. 08-0840-CV-W-ODS |

__X___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X___  **Decision by Court.**  The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED pursuant to Order entered on 11/22/2010 dismissing all claims against Sullivan & Worcester LLP and Laura Steinberg. Pursuant to Order entered on 12/02/2010 dismissing Counts I and IV.  Pursuant to Order entered on 07/25/2012 granting in part Plaintiff's Motion for Partial Summary Judgment on Defendant Monitor Clippers counterclaims.  Pursuant to Verdict Form A the jury found in favor of Hallmark Cards, Inc. and against Monitor Clipper Partners, LLC in the amount of 21.3 million dollars in actual damages and 10 million dollars in punitive damages.  Pursuant to Verdict Form B the jury found in favor of Hallmark Cards, Inc.  and against Defendant Adam Doctoroff in the amount of zero in actual damages and in the amount of $125,000.00 in punitive damages.  Pursuant to Verdict Form C the jury found in favor of counterclaim Defendant Hallmark Cards Inc., and against counterclaimant Monitor Clipper Partners, LLC.**

        ANN THOMPSON,
        Clerk of Court

DATE: 11/20/2012        /s/ Eva Will-Fees
        Eva Will-Fees, Courtroom Deputy