# VERDICT FORM A

On the claim of Hallmark Cards against Monitor Clipper for misappropriation of trade secrets as submitted in Instruction No. 20, we find in favor of:

**HALLMARK CARDS**
(Hallmark Cards) or (Monitor Clipper)

Note: Complete the remaining portions of this Verdict Form only if the above finding is in favor of Hallmark Cards. If the above finding is in favor of Monitor Clipper, please sign and date the form because you have completed your deliberations on this claim.

We, the jury, find the trade secrets misappropriated by Monitor Clipper were the following (write in the appropriate answer for each item):

1. "Greetings Business Model Discussion OEC Meeting" dated August 30, 2001

    **YES** (yes or no)

2. "Greetings Business Model OEC Discussion" dated December 12, 2001

    **YES** (yes or no)

3. "Gold Crown Channel Analysis Status Update" dated January, 2002

    **YES** (yes or no)

4. "Small Competitors and the Deep-Discount Space" dated October 2001

    **YES** (yes or no)

5. "Hallmark and the Greeting Card Industry: Understanding Industry Trends" dated August 3, 2001

    **YES** (yes or no)

We, the jury, find Monitor Clipper's unjust enrichment from the use of misappropriated trade secrets, as defined in Instruction No. 23, to be $ 17.6 M _____ (write in the number or, if none or the amount cannot be calculated, write in the word "none")

We, the jury, find the reasonable royalty Monitor Clipper would have paid for use of the trade secrets it misappropriated, as defined in Instruction No. 24, to be
$ 21.3 M _____ (write in the number or, if none or the amount cannot be calculated, write in the word "none")

The larger of these two numbers is: $ 21.3 M _____.

On Hallmark's claim for punitive damages for the misappropriation of trade secrets, as submitted in Instruction No. 25, we, the undersigned jurors award punitive damages in the amount of
$ 10.0 M _____ (write the number or, if no punitive damages are awarded, write the word "none")

*Shelly A. Field*                      *Cori Conway*

*Jeannette Burns*                   *Shirina Bedford Byers*

*Trisha Ehlert*                         *Debra Earring*

*Julie Stastny*                         *Donald D. C___*

DATE 11/19/12

# VERDICT FORM B

On the claim of Hallmark Cards against Adam Doctoroff for misappropriation of trade secrets as submitted in Instruction No. 20, we find in favor of:

_____HALLMARK CARDS_____
(Hallmark Cards)     or     (Adam Doctoroff)

Note: Complete the remaining portions of this Verdict Form only if the above finding is in favor of Hallmark Cards. If the above finding is in favor of Adam Doctoroff, please sign and date the form because you have completed your deliberations on this claim.

We, the jury, find the trade secrets misappropriated by Adam Doctoroff were the following (write in the appropriate answer for each item):

1. "Greetings Business Model Discussion OEC Meeting" dated August 30, 2001

   __YES__ (yes or no)

2. "Greetings Business Model OEC Discussion" dated December 12, 2001

   __YES__ (yes or no)

3. "Gold Crown Channel Analysis Status Update" dated January, 2002

   __YES__ (yes or no)

4. "Small Competitors and the Deep-Discount Space" dated October 2001

   __NO__ (yes or no)

5. "Hallmark and the Greeting Card Industry: Understanding Industry Trends" dated August 3, 2001

   __NO__ (yes or no)

We, the jury, find Adam Doctoroff's unjust enrichment from the use of misappropriated trade secrets, as defined in Instruction No. 23, to be $ NONE (write in the number or, if none or the amount cannot be calculated, write in the word "none")

We, the jury, find the reasonable royalty Adam Doctoroff would have paid for use of the trade secrets he misappropriated, as defined in Instruction No. 24, to be $ NONE (write in the number or, if none or the amount cannot be calculated, write in the word "none")

The larger of these two numbers is: $ NONE.

On Hallmark's claim for punitive damages for the misappropriation of trade secrets, as submitted in Instruction No. 25, we, the undersigned jurors award punitive damages in the amount of

$ 125,000 (write the number or, if no punitive damages are awarded, write the word "none")

_Shelly A. Field_ _Cori Conway_

_Jeannette Burns_ _Sabrina Bedford Byers_

_Trisha Ehlert_ _Debra Earring_

_[signature]_ _Darrell D. C___

DATE 11/19/12

## VERDICT FORM C

On the claim of Monitor Clipper against Hallmark Cards for breach of contract as submitted in Instruction No. 26, we find in favor of:

_____HALLMARK CARDS_____
(Monitor Clipper)　　or　　(Hallmark Cards)

_Shelly A. Field_　　　　　_Cori Conway_

_Jeannette Burns_　　　　_Salisia Bedford Byers_

_Trisha Ehlert_　　　　　_Debra Earring_

_[signature]_　　　　　　_[signature]_

DATE 11/19/12