# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

HALLMARK CARDS, INCORPORATED, )
)
          Plaintiff, )
)
v. )   Case No. 4:08-CV-00840-ODS
)   **BILL OF COSTS**
MONITOR CLIPPER PARTNERS, LLC AND )
ADAM DOCTOROFF, )
)
          Defendants. )

Judgment having been entered in the above entitled action on November 20, 2012 against Monitor Clipper Group LLC and Adam Doctoroff the Clerk is requested to tax the following as costs:

Fees of the Clerk............................................................................................_____

Fees for service of summons and subpoena.................................................._____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case.. __$83,197.84__

Fees and disbursements for printing.............................................................._____

Fees for witnesses (itemize on reverse side).................................................._____

Fees for exemplification and copies of papers necessarily obtained for use in the case..................__$436,691.87__

Docket fees under 28 U.S.C. 1923................................................................_____

Costs as shown on Mandate of Court of Appeals.........................................._____

Compensation of court-appointed experts...................................................._____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828........._____

Other costs (please itemize)..........................................................................._____

                                      TOTAL.........$ __519,889.71__

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was served on all parties electronically:

Signature of Attorney:_____

Name of Attorney: Daniel E. Blegen

For: Hallmark Cards, Incorporated   Date: 12/11/2012

Costs are taxed in the amount of $_____ and included in the judgment.

_____  By:_____
Clerk of Court     Deputy Clerk                                  Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | TOTAL COST EACH WITNESS |
|---|---|---|---|---|---|---|---|
| | Days | Total | Days | Total | Days | Total | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
"Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

:billcst.int