# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

HALLMARK CARDS, INCORPORATED,

        Plaintiff,

  v.

                              Case No. 08-0840-CV-W-ODS

MONITOR CLIPPER PARTNERS, LLC, et al.,

        Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Defendant Monitor Clipper Partners, LLC ("Clipper") hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on March 20, 2013. (*See* Dkt. No. 588.) Clipper has also included with this Notice its payment of fees ($5.00 filing and $450.00 docketing) as required by 28 U.S.C. §§ 1913, 1917, and by Rule 3(e) of the Federal Rules of Appellate Procedure.

Dated: April 18, 2013

Respectfully submitted,

**BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP**

*/s/ David F. Oliver*
David F. Oliver    MO Bar #28065
Stacey R. Gilman    MO Bar #55690
Laura K. Brooks    MO Bar #56454
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
(816) 561-7007
(816) 561-1888 (facsimile)

Steven L. Manchel, *admitted pro hac vice*
Michael G. Donovan, *admitted pro hac vice*
**MANCHEL & BRENNAN, P.C.**
199 Wells Avenue, Suite 301
Newton, MA 02459
(617) 796-8920
(617) 796-8921 (facsimile)

Linda T. Coberly
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601
(312) 558-5600

*Attorneys for Monitor Clipper Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, the foregoing Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF system. Copies of the document will be served on all counsel of record automatically by operation of the Court's CM/ECF filing system.

>  */s/ David F. Oliver*
>  *Attorney for Monitor Clipper Partners, LLC*